```
Keith E. Butler  State Bar Number 200496
Michael W. Goodin  State Bar Number 142288
G. Brent Sims  State Bar Number 179397
Clausen Miller P.C.
2040 Main Street, Suite 500
Irvine, CA 92614
Telephone  (949) 260-3100
Facsimile  (949) 260-3190

Attorneys for Defendant, NEW HAMPSHIRE
INSURANCE COMPANY
```

JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES TAGGART, an individual, PAMELA TAGGART, an individual, RUTH SCOTT, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> NEW HAMPSHIRE INSURANCE COMPANY, an admitted insurer, and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No. CV 07-1156 ODW (CWx) <br><br> Assigned For All Purposes to: <br><br> THE HON. OTIS D. WRIGHT, II <br><br> [~~PROPOSED~~] **ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE AND WITHOUT COSTS** <br><br> Action Filed:  November 27, 2006 <br> Trial Date:      March 25, 2008 |

The Court having reviewed the Stipulation for Dismissal of all Claims With Prejudice and Without Costs ("Stipulation"), and deeming itself fully advised in the premises, it is now, therefore, hereby ORDERED, ADJUDGED and DECREED as follows:

1. The aforementioned Stipulation of the Parties for the dismissal of the claims by and between Plaintiffs, JAMES TAGGART, PAMELA TAGGART and RUTH SCOTT ("Plaintiffs"), and Defendant, NEW HAMPSHIRE INSURANCE COMPANY ("Defendant"), with prejudice, and without costs, is hereby GRANTED; and

///

-1-

61706.1

1        2. Any and all claims and counterclaims, by and between Plaintiffs and Defendant, arising out of the subject matter of the captioned litigation, whether or not asserted in this matter, are hereby dismissed with prejudice, the Parties to bear their own costs and attorneys' fees.

DATED: <u>March 3, 2008</u>

_____
JUDGE OF THE UNITED STATES
DISTRICT COURT

61706.1